# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV10-8714-GW (MLG) | **Date** | December 14, 2010 |
| **Title** | Maury Montgomery v. People of the State of California | | |

**Present: The Honorable** Marc L. Goldman, Magistrate Judge

| Terri Steele | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   In Chambers: Order to Show Cause Why Petition Should Not Be Dismissed

Petitioner, a California state prisoner, filed this petition for writ of habeas corpus on November 1, 2010. The petition purports to challenge a 2002 conviction in the Los Angeles County Superior Court for robbery and battery. On November 19, 2010, the petition was dismissed with leave to amend because there was no recitation of the state appellate history of the case, because there was no statement regarding the legal and factual bases of any claim for relief; and because it did not appear that he was in custody under the judgment being challenged. Petitioner was sent a blank first amended habeas corpus petition and he was instructed to remedy the deficiencies and file the first amended petition within 21 days.

On December 10, 2010, the court received a letter from Petitioner addressed to "pro se legal" requesting that they complete the first amended petition. The letter is barely comprehensible, but seems to allege that Petitioner is seeking relief from a 2002 conviction in the California state courts, as well as making a claim of excessive force at the time of his arrest in 2002. Attached to the letter was the blank first amended habeas corpus form sent to Petitioner on November 19, 2010.

The Clerk of the Court shall return the blank first amended petition for writ of habeas corpus to Petitioner. The Court is unable to complete the form for him. It is ordered that Petitioner show cause on or before January 3, 2011, why this petition should not be dismissed for failure to prosecute. Alternatively, Petitioner shall file a first amended petition for writ of habeas corpus in conformity with the Court's November 19, 2010, order.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-14-10

DEPUTY CLERK

Initials of Clerk   ts