JS-6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURY MONTGOMERY,<br><br>    Petitioner,<br><br>v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | Case No. CV10-8714-GW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 11, 2011

_____
George H. Wu
United States District Judge